# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Alcion Dos Santos Dias</u>**

       v.                                      Case No. 26-cv-247-PB-TSM

**<u>Christopher Brackett, Superintendent</u>**
**<u>Strafford County Department of</u>**
**<u>Corrections, et al.</u>**

## <u>ORDER</u>

After the government notified the Court that Alcion Dos Santos Dias received the bond hearing he sought on April 14, 2026, <u>see</u> Doc. 8, I ordered Dos Santos Dias to show cause within seven days why his petition should not be dismissed. Doc. 9. Dos Santos Dias has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

                                      /s/ Paul Barbadoro
                                      Paul J. Barbadoro
                                      United States District Judge

April 29, 2026

cc:    Counsel of Record